THE SAMUEL STORES, Respondent, v. QUEEN CITY CREDIT CLOTHING CORPORATION, Appellant.— Motion to amend order of May 27, 1936, denied. Motion for

leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

SAMUEL R. JOFFE, Respondent, v. EBER BROS. & CO., INC., Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.